```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04380
  KIMBERLY M WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
  SSN XXX-XX-1241


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/13/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------
CITY OF CHICAGO            UNSECURED       NOT FILED         .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00         .00
ISAC                       UNSECURED       NOT FILED         .00         .00
RMS INC                    UNSECURED       NOT FILED         .00         .00
OLIVE HARVEY COLLEGE       UNSECURED       NOT FILED         .00         .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED         .00         .00
SPRINT PCS                 UNSECURED              .00        .00         .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           258.82        .00         .00
ASSET ACCEPTANCE LLC       UNSECURED           663.12        .00         .00
ROUNDUP FUNDING LLC        UNSECURED           207.53        .00         .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       284.00        .00         .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                    .00
TOM VAUGHN                 TRUSTEE                                       .00
DEBTOR REFUND              REFUND                                        .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                       .00                      .00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04380 KIMBERLY M WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |